**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MOHAMMED SHARIQUE SHAIKH,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:10-cv-994-Orl-18GJK**

**US DEPARTMENT OF HOMELAND**
**SECURITY, IRENE HOLTH, ICE Special**
**Agent, CHAD HOLTH, ICE Special Agent,**
**WANDA MCNAIR CARTIER, ICE Special**
**Agent, VISWA MANDALAPU, JOHN 1-8**
**DOE, DHS Agents, SHANNON SCHIAVO,**
**VISION SYSTEMS GROUP, INC.,**
**CORNERSTONE INFORMATION**
**SYSTEMS, INC., YON ALBERDI, US DHS**
**Attorney,**

                **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration on the Court's own motion.  On August 24, 2010, the

Court entered an order directing Mohammed Sharique Shaikh (the "Plaintiff") to file an amended

complaint within fourteen (14) days and warned Plaintiff that failure to comply may result in the case

being dismissed.  Doc. No. 10 at 1, 12.  To date, Plaintiff has failed to file an amended complaint.

Accordingly, the undersigned recommends that the Court dismiss the case for failure to comply with

this Court's August 24, 2010 order.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 13, 2010.

_____

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy