UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOHAMMED SHARIQUE SHAIKH,

                Plaintiff,

-vs-                              Case No. 6:10-cv-994-Orl-18GJK

US DEPARTMENT OF HOMELAND SECURITY,
IRENE HOLTH, ICE Special Agent, CHAD HOLTH,
ICE Special Agent, WANDA MCNAIR CARTIER, ICE
Special Agent, VISWA MANDALAPU, JOHN 1-8
DOE, DHS Agents, SHANNON SCHIAVO, VISION
SYSTEMS GROUP, INC., CORNERSTONE
INFORMATION SYSTEMS, INC., YON ALBERDI,
US DHS Attorney,

                Defendants.

## ORDER

On August 24, 2010, the Magistrate Judge entered an order denying Plaintiff's Application to Proceed *In Forma Pauperis* and allowing plaintiff fourteen days to file an amended complaint. Failure to file an amended complaint would result in dismissal without further warning. To this date, plaintiff has not filed an amended complaint. Therefore, it is hereby

ORDERED that this case is **DISMISSED** for failure to comply with the Court's previous Orders. All pending motions are **DENIED** as **MOOT**. Clerk of the Court is directed to **CLOSE** the case.

DONE and ORDERED in Orlando, Florida, this 27 day of September, 2010.

                                                      G. KENDALL SHARP
                                                      Senior United States District Judge

Copies to:
Unrepresented Party
Counsel of Record